■ BERNARD MCCABE, Plaintiff, v. QUEENSBORO FARM PRODUCTS, INC., et al., Defendants. SAM GELFAND, Individually, and Doing Business under the Name of EAGLE ROOFING & SHEET METAL WORKS, Third-Party Plaintiff-Respondent, v. BANNER ROOFING CO., INC., Third-Party Defendant-Appellant.— Order of the Supreme Court, Kings County, dated November 23, 1966, reversed without costs, and motion granted. The time to amend the appellant's answer is extended until 20 days after entry of the order hereon. Leave to amend should be freely given (CPLR 3025, subd. [b]); *Inter-Provincial Commercial Discount Corp.* v. *Plastic Processes*, 25 A D 2d 781). We pass on no other question. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ WILLIAM MIELAUCKAS, Respondent, v. WILLIAM FRIEDE, Doing Business under the Name of FRIEDE TRUCKING COMPANY, Appellant.— Judgment of the Supreme Court, Kings County, entered May 31, 1966, reversed on the law and facts, and a new trial granted, with costs to abide the event, unless within 30 days after entry of the order hereon plaintiff shall serve and file a written stipulation, consenting to reduce the amount of the verdict in his favor from $52,500 to $40,000 and to the entry of an amended judgment accordingly, in which event the judgment, as so reduced and amended, is affirmed, without costs. In our opinion, the amount of verdict in plaintiff's favor was excessive to the extent indicated. Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

■ STANLEY MOSKOWITZ, Appellant, v. SANDRA A. MOSKOWITZ, Respondent.— Order of the Supreme Court, Kings County, dated January 5, 1967, reversed insofar as appealed from, without costs, and motion denied insofar as it seeks temporary alimony. On the record under review, defendant has failed to demonstrate her need for support *pendente lite*. The action should proceed to trial promptly. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.